```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25082
   SAUNDRA WILSON HUGHES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3881

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/06/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
MID ATLANTIC FINANCE       SECURED          4625.00        2532.65       1383.80
AT&T WIRELESS              UNSECURED       NOT FILED          .00            .00
ALARM DETECTION SYSTEM     UNSECURED         2099.04          .00          50.72
ALLEN DANIEL ASSOCIATES    UNSECURED       NOT FILED          .00            .00
COMCAST                    NOTICE ONLY    NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED         3025.95          .00          73.12
RJM AQUISITIONS FUNDING    FILED LATE        136.58          .00            .00
PREMIER BANCARD CHARTER    UNSECURED          395.62          .00            .00
K MART                     UNSECURED       NOT FILED          .00            .00
CHADWICK & LAKERDAS        UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          415.31          .00            .00
MIDWEST CREDIT & COLLECT   NOTICE ONLY    NOT FILED          .00            .00
MIDWEST EMERGENCY ASSOC    UNSECURED       NOT FILED          .00            .00
PLS FINANCIAL              UNSECURED       NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED          .00            .00
SEVENTH AVENUE             UNSECURED          434.49          .00            .00
SWISS COLONY               UNSECURED       NOT FILED          .00            .00
TCF BANK                   UNSECURED       NOT FILED          .00            .00
MID ATLANTIC FINANCE       UNSECURED         1731.18          .00          27.17
RJM AQUISITIONS FUNDING    FILED LATE        142.82          .00            .00
STARKS & BOYD PC           DEBTOR ATTY     1,794.00                      1,794.00
TOM VAUGHN                 TRUSTEE                                         333.54
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     6,195.00

PRIORITY                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 25082 SAUNDRA WILSON HUGHES
```

```
SECURED                                                     1,383.80
    INTEREST                                                2,532.65
UNSECURED                                                     151.01
ADMINISTRATIVE                                              1,794.00
TRUSTEE COMPENSATION                                          333.54
DEBTOR REFUND                                                    .00
                                     ---------------    ---------------
TOTALS                                      6,195.00           6,195.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```